UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                               Case No. 16–33377
                                                    Chapter 13
Lakeisha McCaa,

    Debtor.

# NOTICE OF DEFICIENCY

This notice identifies one or more deficiencies of the petition in the above–referenced case.

**1. Fees** – New case fees to be paid in installments must be accompanied by an application to pay in installments. This case is subject to immediate dismissal if the fee is not submitted within 36 hours. [LBR 1006–1, Bankr. M.D. Ala.]

    ☐ Chapter 13 Filing Fee ($310)    ☐ Initial Installment ($50 minimum)

**2.** ☒ **Application to Pay Filing Fees in Installments** (Official Form 103A) Debtor must be an individual and must submit a signed application with the petition for court approval [Fed. R. Bankr. P. 1006(b)]

**3. Debtor's and/or Debtor's Attorney's Information**
    ☐ Debtor's address and/or phone number is missing or incomplete
    ☐ Attorney's address and/or phone number is missing or incomplete
    ☐ Official Form 121, Statement About Your Social Security Numbers, is missing (pro se debtors only)

**4. Declarations and Signatures** – Must be submitted within 14 days
    ☐ Signature of Debtor, Whether Represented by Attorney or Acting Pro Se (page 6 of petition, Official Form 101)
    ☐ Debtor's Attorney's Signature (page 7 of petition, Official Form 101)
    ☐ Additional Signature of Pro Se Debtor, (page 8 of petition, Official Form 101)
    ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
    ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

**5.** ☐ **Names and Addresses of All Creditors of the Debtor** – Must be submitted within 72 hours

**6.** ☐ **Statement of Monthly Income** – Must be submitted within 14 days
Form 122C–1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period) [11 U.S.C. §521(a)(1)(B)(v) and Fed. R. Bankr. P. 1007(b)]

**Continued, see page 2**

Case No. 16−33377
Chapter 13

Lakeisha McCaa

---

**7.** ☐ **Payment Advices** − Must be submitted within 14 days
Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (see local forms) [11 U.S.C. §521(a)(1)(B)(iv) and Fed. R. Bankr. P. 1007(b)]

**8. Schedules and Other Documents** − Must be submitted within 14 days
[11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) and (c)]

- ☐ 106Sum
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J−2 (required if you are joint debtors living in separate households)

**9.** ☐ **Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) Must be submitted within 14 days [Fed. R. Bankr. P. 1007(b) and (c)]

**10.** ☐ **Declaration Re: Electronic Filing of Petition, Schedules & Statements** (ALMB 1) Must be signed by the debtor and debtor's attorney, and must be submitted within 14 days

**11.** ☐ **Disclosure of Compensation of Attorney for Debtor** (Form 2030)
Must be submitted within 14 days or any other date set by the court [11 U.S.C. §329 and Fed. R. Bankr. P. 2016(b)]

**12.** ☐ **Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
Must be filed with the petition if a bankruptcy petition preparer prepares the petition [11 U.S.C. §110(h)(2)]

**13.** ☐ **Chapter 13 Plan** − Must be submitted within 14 days [Fed. R. Bankr. P. 3015]

**14.** ☐ **Documents are Not Legible**

**15.** ☐ **Other:**

Dated: December 8, 2016

**ndef13** [Notice of Deficient Filing Chapter 13 effective 12/1/2015]