IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE THE MATTER OF: )
)
Lakeisha McCaa ) CHAPTER 13
)
Debtor. ) CASE NO. 16-33377

RESPONSE TO
NOTICE OF DISMISSAL

COMES NOW the Debtor, by and through attorney, and in response to the Clerk's Notice of Dismissal, will state as follows:

1. Debtor filed chapter 13 Bankruptcy on 16th day of November, 2016.

2. Debtor received Notice of Dismissal directing her to pay the required filing fee in installments as directed in the Order Approving Payment of filing fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition. Deadline to pay remaining fee is 6th day of January, 2017.

3. Debtor states that there is a working Income Wage Order in place and Trustee payment has been deducted from wages. Therefore, payment will be made by Trustee when posted and distributed.

WHEREFORE, the premises considered, debtor requests this Court to allow debtor's case not to be dismissed.

Respectfully submitted this day: January 5, 2017.

Case 16-33377    Doc 23    Filed 01/05/17    Entered 01/05/17 13:18:00    Desc Main
Document      Page 1 of 3

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM
ASB-8638-B54R

Of Counsel:
Shinbaum Law Firm
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Response on all parties listed below by CMECF or by mailing a copy of same to them on this day: January 5, 2017.

/s/ Richard D. Shinbaum
Richard D. Shinbaum

Sabrina McKinney,
Chapter 13 Trustee

Teresa Jacobs
Bankruptcy Administrator

**DIALYSIS CLINIC, INC.**
1633 CHURCH STREET
SUITE 500
PHONE: (615) 327-3061
NASHVILLE, TN 37203 United States of America

Number 4899483
Check Date 12/23/2016

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of
LAKESHIA C. MCCAA
3097 RITA LANE
MONTGOMERY, AL 36108
US

Net Pay 803.00

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| LAKESHIA C. MCCAA | 5800 | 1007736 | 140 | | 12/05/2016 | 12/18/2016 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 77.09 | 1177.32 | 1696.42 |
| Total Deductions | | 374.32 | 433.64 |
| Total Net | | 803.00 | 1262.78 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| CONTRACTOR REGULAR | | | | |
| REGULAR | 67.10 | 15.5000 | 1040.06 | 1559.16 |
| SHIFT | 4.27 | 1.0000 | 4.27 | 4.27 |
| TIMELINK OVERTIME_SUPPLIED | 5.72 | 23.2500 | 132.99 | 132.99 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| MEDICARE EE TAX W/H | 17.07 | 24.60 |
| SOCIAL SECURITY EMPLOYEE PAID | 73.00 | 105.18 |
| ALABLAMA ST INC TAX W/H | 53.48 | 73.09 |
| FEDERAL INCOME TAX W/H | | |
| CHAPTER 13 BANKRUPTCY | 230.77 | 230.77 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1186 | xxxxxxxxxxxx9976 | COMPASS BANK | 803.00 |

https://lawson901.dciinc.org/lawson/xhrnet/ui/windowplain.htm?func=opener.StubContent(1) 1/5/2017