**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                           Case No. 16–33377
                                                               Chapter 13
Lakeisha McCaa,

      Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 30, 2017 at 09:00 AM

to consider and act upon the following:

*17* – Clerk's Notice of Dismissal (deficiencies) Application to Pay Filing Fee (RE: related document(s)13 Clerk's Notice of Deficiency). Responses due by 1/6/2017. (RK)

*23* – Response filed by Richard D. Shinbaum on behalf of Lakeisha McCaa (RE: related document(s)17 Clerk's Notice of Dismissal (deficiencies) Application to Pay Filing Fee). (Shinbaum, Richard) Modified on 1/5/2017 (JFM).

Dated January 5, 2017

*Juan–Carl Guerrero*

Juan–Carlos Guerrero
Clerk of Court

In re:                                                          Case No. 16-33377-DHW
Lakeisha McCaa                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2          User: jmclain          Page 1 of 1          Date Rcvd: Jan 05, 2017
                              Form ID: ntchrgBK      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2017.
db            +Lakeisha McCaa,    3097 Rita Lane,    Montgomery, AL 36108-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Lakeisha  McCaa rshinbaum@smclegal.com,
                scarter@smclegal.com;cthornton@smclegal.com
              Richard G. Moxley, III    on behalf of Creditor    HAYNES AMBULANCE rmoxley@hollowaymoxley.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                          TOTAL: 4